## LOVE v. SMITH.

No. 4736. Opinion Filed June 8, 1915.

(149 Pac. 1135.)

**APPEAL AND ERROR—Brief—Failure to File—Effect.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Bleakmore, C.)

*Error from District Court, Kingfisher County;*

*J. W. Steen, Judge.*

Action between Charles A. Love and Clyde Smith. From the judgment, Love brings error. Affirmed.

Lovelace v. Wilson.

*Giddings & Giddings,* for plaintiff in error.

*Hinch & Bradley* and *W. A. McCartney,* for defendant in error.

Opinion by BLEAKMORE, C. The petition in error and the transcript of the record in this case was filed in this court on January 16, 1913; neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned.

The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.